William R. Bennett, III (WB 1383)
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendants
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
ERIC J. WADE,                                                         07 CV 7880 (NRB) (GWG)

                Plaintiff,

   v.

NEW YORK MARINE TOWING INC. and
SPECIALIST LLC,

                Defendants.
-------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:   NONE

Dated: New York, New York
       November 1, 2007

                                          Bennett, Giuliano, McDonnell & Perrone, LLP
                                          Attorneys for Defendants
                                          NEW YORK MARINE TOWING, INC. and
                                          SPECIALIST LLC

                                          _____
                                          494 Eighth Avenue, 7th Floor
                                          New York, New York 10001
                                          Telephone:   (646) 328-0120

**TO:**   John James, Esq.
Freidman & James
132 Nassau Street, Suite 900
New York, New York 10038

Z:\Documents\All Files\D602 New York Marine\Pleadings\Rule7.1Stmt-110107.doc