UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ERIC WADE,                                  :

               Plaintiff,           :           **O R D E R**

   - against -                            :           07 Civ. 7880 (NRB)

NEW YORK MARINE TOWING INC., AND            :
SPECIALIST LLC
                                    :

              Defendants.

------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    On consent of the parties, the above-captioned action is hereby transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interests of justice.

SO ORDERED.

DATED:   New York, New York
         November 29, 2007

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

John P. James, Esq.
Friedman & James LLP
132 Nassau Street, Suite 800
New York, NY 10038

-and-

William R. Bennett, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
225 West 34th Street. Suite 402
New York. NY 10122